UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Judith K. Thompson**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:10CV01441 SNLJ |
| | ) | |
| **United States Postal Service** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on August 6, 2010 and assigned to the Honorable Stephen N. Limbaugh, Jr. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:10cv0048 AGF. The Honorable Audrey G. Fleissig will preside.

Case No. 4:10cv01441 SNLJ is hereby administratively closed. Judge Limbaugh's name will be replaced for future assignment.

Dated this 9th day of August, 2010.

James G. Woodward, Clerk of Court
by:/s/ Lori Miller-Taylor

Please refer to Case No. **2:10cv0048 AGF** in all future matters concerning this case.